# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL COSTA,<br>Defendant. | Case No. 02-cr-20059-JF-1<br><br>**ORDER GRANTING STIPULATED REQUEST FOR REDACTIONS; AND DIRECTING DEFENDANT TO SUBMIT PROPOSED REDACTED ORDER FOR FILING ON THE PUBLIC DOCKET**<br><br>[Re: ECF 928] |

On December 3, 2018, the Court issued an Order Granting Defendant's Unopposed Motion for Reduction of Sentence. The order was filed conditionally under seal, and the parties were directed to submit proposed redactions on or before December 21, 2018. The parties submitted a stipulated request for redactions (ECF 928) on December 19, 2018.

The sealing of documents in criminal cases is governed by Criminal Local Rule 56-1, which grants the Court authority to seal a document, or portions thereof, where "the safety of persons or a legitimate law enforcement objective would be compromised by the public disclosure of the contents of the document." Crim. L.R. 56-1(b). The Court finds that the parties' proposed redactions meet these criteria and are narrowly tailored to seal only sealable material. *See id.*

Accordingly, the stipulated request for redactions is GRANTED. Defendant shall submit a proposed redacted order, consistent with their stipulated request, for filing on the public docket.

**IT IS SO ORDERED.**

Dated: January 4, 2019

BETH LABSON FREEMAN
United States District Judge